Grant L. BELL, Appellant,

v.

UNITED STATES of America.

No. 11376.

United States Court of Appeals,
Third Circuit.

Argued Dec. 7, 1954.

Decided Dec. 30, 1954.

Henry R. Van Deusen, Jr., Scranton, Pa. (H. R. Van Deusen, Scranton, Pa., on the brief), for appellant.

H. Eugene Heine, Jr., Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Hilbert P. Zarky, Sp. Assts. to Atty. Gen., J. Julius Levy, U. S. Atty., Scranton, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and McLAUGHLIN, Circuit Judges.

PER CURIAM.

An examination of the briefs and of the record in this case and consideration of the oral arguments demonstrate that no error has been committed. The judgment appealed from will be affirmed upon the opinion of Chief Judge Watson, 120 F.Supp. 931.

GENERAL ICE CREAM CORPORATION, Plaintiff-Appellant,

v.

Ezra Taft BENSON, Secretary of Agriculture of the United States, Defendant-Appellee.

No. 50, Docket 22953.

United States Court of Appeals,
Second Circuit.

Argued Dec. 7, 1954.

Decided Dec. 31, 1954.

Harry Polikoff, New York City (Guggenheimer & Untermyer, New York City, on the brief), for plaintiff-appellant.

Donald A. Campbell, Atty., U. S. Dept. of Agriculture, Washington, D. C. (J. Stephen Doyle, Jr., and Neil Brooks, Sp. Assts. to Atty. Gen., Washington, D. C., on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and MEDINA and HARLAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Foley, D.C.N.D.N.Y., 113 F.Supp. 107.